**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x

In re                                                                  Case No. 09-50349(cec)

    **Becalel Edelstein, a/k/a Charles Edelstein**,   **AFFIRMATION OF DEBTORS'**
    **Susan Edelstein**                                                **INCOME**

                              Debtors.

---------------------------------------------------------------------x

## AFFIRMATION OF DEBTORS' INCOME

STATE OF NEW YORK    )
                                    ) s.s.:
COUNTY OF KINGS      )

    We, Becalel Edelstein, a/k/a Charles Edelstein, and Susan Edelstein, joint debtors herein (the "Debtors"), being duly affirmed, hereby declare that:

    1.    We are joint Debtors in this Chapter 13 bankruptcy case, and we are fully familiar with the facts hereinafter stated and make this affirmation is support of income we received in the last six months prior to the filing of the voluntary petition on November 20, 2009 (the "Petition Date").

    2.    In the six months before the Petition Date, we received an average, combined monthly income of $6,866.09.

    3.    The income received is derived from employment and ownership of our company, Compacks, Inc. (the "Company").

    4.    We have 100% ownership interest in the Company.

    5.    We do not draw a salary from the Company.

    6.    The Company pays for our living and ordinary and necessary expenses (the "Expenses").

    7.    The above stated Expenses are paid through a checking account with HSBC.

The payments for Expenses are debited directly from the HSBC Account.  (Attached as Exhibit A is the HSBC bank statement for the six (6) month period prior to the Petition Date, May 2009 through October 2009.)

8. The shortfall of the Expenses are paid by non-debtor family member and friends. (Attached as Exhibit B are Affirmations of Non-Debtor Contributions.)

Dated: January 18, 2010              s/Becalel Edelstein_____
                                                  **Becalel Edelstein, a/k/a Charles Edelstein**

                                                  s/Susan Edelstein_____
                                                  **Susan Edelstein**

# EXHIBIT A

HSBC Bank Statements for the six (6) month period
prior to the Petition Date, May 2009 through October 2009

| Date | Check # | Payee | Description | Amount |
|---|---|---|---|---|
| 5/4/09 | 1555 | NY Hospital | Becalel Medical | $65.00 |
| 5/6/09 | 1565 | Susan Edelstein | Susan Cash | $500.00 |
| 5/11/09 | TT | Cablevision | Home Cable | $133.00 |
| 5/13/09 | TT | Allstate | Car Insurance | $287.47 |
| 5/13/09 | TT | Chase | Becalel Credit Card | $1,000.00 |
| 5/13/09 | TT | Countrywide | Home Mortgage | $4,290.80 |
| 5/13/09 | TT | T-Mobile | Becalel Cell Phone | $235.54 |
| 5/14/09 | TT | Con Edison | Home Electric | $223.85 |
| 5/14/09 | TT | Lexus Financial | Becalel Auto | $1,056.69 |
| 5/14/09 | TT | Macy's | Susan Credit Card | $200.00 |
| 5/14/09 | TT | Verizon wireless | Becalel Cell Phone | $452.44 |
| 5/15/09 | TT | Verizon | Home Telephone | $174.47 |
| 5/18/09 | TT | National Grid | Home Gas | $89.84 |
| 5/18/09 | TT | National Grid | Home Gas | $1,214.63 |
| 5/19/09 | 1570 | Saks Fifth Ave | Susan Credit Card | $200.00 |
| 5/19/09 | 1571 | Verizon | Home Telephone | $77.03 |
| 5/20/09 | 1569 | Healthpass | Health Insurance | $1,181.14 |
| 5/27/09 | TT | Vonage | Home Telephone | $75.04 |
| 5/28/09 | TT | Cablevision | Home Cable | $263.42 |
| 5/29/09 | TT | Verizon | Home Telephone | $171.74 |
| 6/3/09 | 4587 | Bank of America | Becalel Credit Card | $1,151.00 |

| Date | Check # | Payee | Description | Amount |
|---|---|---|---|---|
| 6/5/09 | 1576 | Electroworld | Home Alarm | $21.68 |
| 6/8/09 | TT | Con Edison | Home Electric | $304.82 |
| 6/8/09 | TT | Lexus Financial | Becalel Auto | $512.55 |
| 6/8/09 | TT | Macy's | Susan Credit Card | $200.00 |
| 6/8/09 | TT | Verizon wireless | Becalel Cell Phone | $460.58 |
| 6/9/09 | 1574 | Allstate | Car Insurance | $337.55 |
| 6/9/09 | TT | Countrywide | Home Mortgage | $4,379.49 |
| 6/9/09 | 1572 | Lord & Taylor | Susan Credit Card | $200.00 |
| 6/9/09 | 1577 | Saks Fifth Ave | Susan Credit Card | $81.36 |
| 6/10/09 | 1579 | Lexus Service | Becalel Auto | $650.25 |
| 6/10/09 | TT | National Grid | Home Gas | $14.38 |
| 6/10/09 | TT | National Grid | Home Gas | $97.07 |
| 6/10/09 | 1573 | NY Life | Life Insurance | $480.00 |
| 6/18/09 | 5003 | Bank of America | Becalel Credit Card | $1,200.00 |
| 6/24/09 | 1582 | Healthpass | Health Insurance | $1,493.61 |
| 7/13/09 | TT | Countrywide | Home Mortgage | $4,379.49 |
| 7/15/09 | TT | Vonage | Home Telephone | $30.35 |
| 7/17/09 | TT | Allstate | Car Insurance | $337.53 |
| 7/17/09 | TT | Verizon wireless | Becalel Cell Phone | $472.93 |
| 7/24/09 | TT | Chase | Becalel Credit Card | $500.00 |
| 7/27/09 | TT | Vonage | Home Telephone | $55.36 |
| 7/30/09 | 1484 | AAA | Auto Expense | $178.00 |
| 7/30/09 | | Cablevision | Home Cable | $273.72 |
| 8/3/09 | TT | Healthpass | Health Insurance | $1,493.61 |

| Date | Check # | Payee | Description | Amount |
|---|---|---|---|---|
| 8/6/09 | 1581 | Susan Edelstein | Susan Cash | $300.00 |
| 8/10/09 | 9999 | Asurian | Cell Phone Insurance | $50.00 |
| 8/17/09 | 1487 | B Edelstein | Becalel Cash | $300.00 |
| 8/20/09 | 1488 | B Edelstein | Becalel Cash | $400.00 |
| 8/24/09 | TT | Vonage | Home Telephone | $10.13 |
| 8/27/09 | Draft | B Edelstein | Becalel Cash | $300.00 |
| 9/2/09 | TT | Healthpass | Health Insurance | $1,493.61 |
| 9/2/09 | 1489 | Susan Edelstein | Susan Cash | $200.00 |
| 9/16/09 | TT | Con Edison | Home Electric | $1,150.38 |
| 9/16/09 | TT | Verizon wireless | Becalel Cell Phone | $455.00 |
| 9/22/09 | TT | Vonage | Home Telephone | $35.12 |
| 10/1/09 | | Verizon wireless | Becalel Cell Phone | $724.26 |
| 10/5/09 | | Healthpass | Health Insurance | $2,987.22 |
| 10/6/09 | | Chase | Becalel Credit Card | $500.00 |
| 10/14/09 | | Cablevision | Home Cable | $264.30 |
| 10/16/09 | 1496 | Susan Edelstein | Susan Cash | $250.00 |
| 10/21/09 | 1583 | Stereo Leasing | Becalel Auto | $579.06 |
| | | | | $41,196.51/6 |
| | | | Total Monthly Average | $6,866.08 |

**EXHIBIT B**
**AFFIRMATIONS OF NON-DEBTOR CONTRIBUTIONS**
**(To Be Provided)**